

# NUMBER 13-25-00678-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

### IN RE N J MALIN & ASSOCIATES LLC D/B/A
### MALIN INTEGRATED SOLUTIONS AND DESIGN

### ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

**Before Justices Silva, Cron, and Fonseca**
**Memorandum Opinion by Justice Silva[1]**

Relator N J Malin & Associates LLC d/b/a Malin Integrated Solutions and Design filed a petition for writ of mandamus seeking to compel the trial court to vacate its orders requiring relator to produce discovery pertaining to its net worth. However, relator has now filed an unopposed motion to dismiss its petition for writ of mandamus because the

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.1 ("The court of appeals must hand down a written opinion that is as brief as practicable but that addresses every issue raised and necessary to final disposition of the appeal."); *id.* R. 47.4 (explaining the distinction between opinions and memorandum opinions).

parties have reached an agreement that resolves the issue before the Court. Relator thus requests that we dismiss this original proceeding with the parties bearing their own costs.

The Court, having examined and fully considered relator's unopposed motion to dismiss, is of the opinion that it should be granted. *See In re Contract Freighters, Inc.*, 646 S.W.3d 810, 813 (Tex. 2022) (orig. proceeding) (per curiam); *Heckman v. Williamson County*, 369 S.W.3d 137, 162 (Tex. 2012); *In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding). Accordingly, we lift the stay previously imposed in this case. *See* TEX. R. APP. P. 52.10. We grant relator's unopposed motion to dismiss, and we dismiss this original proceeding. The parties shall bear their own costs.

CLARISSA SILVA
Justice

Delivered and filed on the
29th day of December, 2025.

2